UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
|  | 3:09-md-02100-DRH |
|  | MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rhonda Nelson, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12271-DRH |
| *Beverly Pearson, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10338-DRH |
| *Amy Rector, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12353-DRH |
| *Amenda Rosser, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10432-DRH |
| *Connie Rushing, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11562-DRH |
| *Davona Sanders, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-10163-DRH |
| *Brandi Sangster, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11254-DRH |
| *Kendra Shumate, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11383-DRH |
| *Lynne Smiley, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11207-DRH |
| *Megan Smith, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10587-DRH |
| *Debbie Springer, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10376-DRH |
| *Kelly Stone, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10503-DRH |
| *Lakisha Tutton, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-10133-DRH |
| *Christina Wagamon, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10211-DRH |

*Krystal Watson-Skeens, et al. v. Bayer*           No. 12-cv-11237-DRH
*Pharma AG, et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                         **JUSTINE FLANAGAN,**
                         **ACTING CLERK OF COURT**

                         **BY:** /s/*Caitlin Fischer*
                               **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.01.05 16:33:04 -06'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT

2